# EXHIBIT A

decisely®

June 13, 2025

[redacted] 101 1 30230 ******************AUTO**ALL FOR AADC 493
NOAH MORRIS
[redacted]

Re: Notice of Security Incident

Dear Noah Morris,

Decisely Insurance Services, LLC ("Decisely") is writing to notify you of a data security incident which may have involved your personal information. Decisely provides insurance benefits brokerage and human resources administration, compliance, payroll and retirement services to employers. We held limited information related to you due to our relationship with MetLife and your employer or benefit plan provider. We take the privacy and security of all information within our possession very seriously. Please read this letter carefully as it contains information regarding the incident and information about steps that you can take to help protect your information, including activating the complimentary identity monitoring services we are making available to you.

**What Happened?** Recently, we learned that some of your personal information may have been involved in a data security incident we experienced. The incident began on December 17, 2024, when we discovered suspicious activity related to our cloud storage platform. We promptly took steps to secure the environment and began an investigation to determine the nature and scope of the issue. We engaged cybersecurity experts to conduct an investigation into what happened and to assist us with determining whether personal information was accessed or acquired without authorization. The investigation determined that some data may have been acquired on December 16, 2024. We then completed a comprehensive analysis of the data potentially involved to identify what information was impacted and to whom it belonged. We notified MetLife and worked with them so they could validate and confirm this data. We then coordinated with that entity to issue this notification to you.

*Please note that we have no evidence of fraudulent misuse, or attempted misuse, of the potentially impacted information.*

**What Information was Involved?** The information that may have been involved in this incident includes your name as well as Social Security number, date of birth, phone number, account and/or routing number, and digital signature.

**What Are We Doing?** As soon as the incident was discovered, we took the steps discussed above. In addition, we reported the incident to law enforcement. To reduce the likelihood of a similar incident occurring in the future, we implemented additional measures to enhance the security of the network.

We are also providing you with access to 12 months of identity monitoring services through Kroll.

Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.

*You have until **September 9, 2025** to activate your identity monitoring services.*

Membership Number: [redacted]

For more information about Kroll and your Identity Monitoring services, you can visit info.krollmonitoring.com.

Additional information describing your services is included with this letter.

ELN-24369-30230